IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| PACIFIC COLD STORAGE, a Hawaii registered limited partnership; 50TH STATE POULTRY, INC., | ) ) ) ) ) | CV 20-00165 SOM-KJM |
| Plaintiff(s), | ) ) | |
| vs. | ) ) | |
| REFRIGERATION SYSTEMS CONSTRUCTION AND SERVICE CO., INC.; T. DEAN MOTES, | ) ) ) ) | |
| Defendant(s). | ) ) | |
| _____ | ) ) | |
| REFRIGERATION SYSTEMS CONSTRUCTION AND SERVICE CO., INC., | ) ) ) ) | |
| Counterclaimant, | ) ) | |
| vs. | ) ) | |
| PACIFIC COLD STORAGE, a Hawaii registered limited partnership; 50TH STATE POULTRY, INC., | ) ) ) ) ) | |
| Counterclaim Defendants. | ) ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART DEFENDANT/COUNTERCLAIMANT REFRIGERATION SYSTEMS CONSTRUCTION AND SERVICE CO., INC.'S BILL OF COSTS

Findings and Recommendation having been filed and served on all parties on May 12, 2022, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendations to Grant in Part and Deny in Part Defendant/Counterclaimant Refrigeration Systems Construction and Service Co., Inc.'s Bill of Costs" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.



/s/ Susan Oki Mollway
Susan Oki Mollway
Senior United States District Judge